**Z4 TECHNOLOGIES, INC., Plaintiff–Cross Appellant,**

v.

**MICROSOFT CORPORATION, Defendant–Appellant,**

and

**Autodesk, Inc., Defendant.**

**No. 2006–1640.**

United States Court of Appeals, Federal Circuit.

March 12, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**O. AHLBORG & SONS, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 2007–5038.**

United States Court of Appeals, Federal Circuit.

March 13, 2007.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Thomas E. GAGHAN, Jr., Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 2006–3286.**

United States Court of Appeals, Federal Circuit.

March 13, 2007.

### ORDER

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Respondent should compute the due date for filing its brief from the date of filing of this order.